# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et al., | Adversary Proceeding Case No. 19-50968 (JKS) |
| Plaintiff, | |
| vs. | |
| PROVIDENT TRUST GROUP, LLC, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF GENEVA W. GUILBEAUX IRA; DIANA ENGELHARDT, SOLELY IN HER CAPACITY AS EXECUTRIX TO THE ESTATE OF GENEVA W. GUILBEAUX; DIANA ENGELHARDT, SOLELY IN HER CAPACITY AS EXECUTRIX TO THE ESTATE OF CHARLES D. GUILBEAUX, | **Ref Docket No. 37** |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2021, I caused to be served the "Judgment by Default," dated December 7, 2021 [Docket No. 37], by causing a true and correct copy to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. The envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
8th day of December, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CHARLES D GUILBEAUX | C/O DIANA ENGELHARDT, EXEC OF THE | ESTATE OF CHARLES D GUILBEAUX | 1701 GEORGE ST | | ROSENBERG | TX | 77471 |
| GENEVA W GUILBEAUX | C/O DIANA ENGELHARDT | ESTATE OF GENEVA W GUILBEAUX | 1701 GEORGE ST | | ROSENBERG | TX | 77471 |
| PROV TR GRP FBO GENEVA W GUILBEAUX IRA | 8880 W SUNSET ROAD | SUITE 250 | | | LAS VEGAS | NV | 89148 |